# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ROBERT SOGOHOMONYAN,** | |
| Petitioner, | **ORDER** |
| v. | |
| FERETA SAMAIA (Warden, Desert View Annex ICE Processing Center), *et al.*, | Scheduling TRO Briefs |
| | No. ED CV 26-00503-VBF-AGR |
| Respondents. | |

**No later than 11:59 p.m. on Friday, February 27, 2026, the respondents SHALL FILE a response to the petitioner's temporary restraining order ("TRO") application.**

**No later than 11:59 p.m. on Sunday, March 1, 2026, petitioner MAY REPLY.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

*Valerie Baker Fairbank*

Dated: February 25, 2026

Honorable Valerie Baker Fairbank
Senior United States District Judge