1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ROBERT SOGHOMONYAN,** | |
| Petitioner, | **ORDER** |
| v. | ED CV 26-00503-VBF-AGR |
| FERETI SAMAIA (Warden) *et al.,* | TEMP. RESTRAINING ORDER and |
| Respondents. | ORDER TO SHOW CAUSE |

The Court finds that Petitioner has demonstrated serious questions going to the merits of his habeas claims, a likelihood of irreparable harm from continued detention without an individualized custody determination, that the balance of equities tips in his favor, and that injunctive relief serves the public interest.

**Petitioner's Motion for Temporary Restraining Order is GRANTED.**

**Respondents SHALL:**

**(a)** **Immediately release Petitioner from immigration custody under reasonable conditions of supervision; OR**

**(b)** **Provide Petitioner, no later than Monday, March 8, 2026, a prompt individualized custody determination** before a neutral Immigration Judge at which Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner poses a flight risk or danger to the community

sufficient to justify continued detention.

Respondents SHALL NOT transfer Petitioner outside the jurisdiction of this Court without prior Court authorization pending further order of the Court.

Respondents SHALL file a status report no later than Tuesday, March 9, 2026, confirming compliance.

Pursuant to Fed. R. Civ. Pro. 65,© requiring security is unnecessary because this case involves alleged constitutional deprivation of liberty, and Respondents are unlikely to incur compensable damages from compliance with this Order.

This Temporary Restraining Order shall remain in effect pending further order of the Court.

**No later than 11:59 p.m. on Friday, March 6, 2026, respondents MAY SHOW CAUSE, in writing, why a preliminary injunction should not issue.**

**No later than 11:59 p.m. on Monday March 9, 2026, petitioner MAY REPLY.**

IT IS SO ORDERED.

Dated: March 3, 2026

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge