UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SOGHOMONYAN, | Case No. 5:26-cv-00503 VBF (ADS) |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| FERETI SEMAIA, et al., | Date: May 29, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6B (Santa Ana) |
| Respondents. | |

The parties are ordered to show cause on May 29, 2026 at 10 a.m. in Courtroom 6B of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Santa Ana, CA 92701 why preliminary relief should not be immediately converted to final judgment on the merits for the same reasons and on the same terms provided in the order granting preliminary relief.

The parties may discharge this Order to Show Cause by filing a stipulated proposed order and judgment consistent with the order granting preliminary relief. If the stipulated proposed order and judgment is filed by May 27, 2026, this Order shall be

discharged and appearance at the hearing shall be excused.  Nothing in such stipulated proposed order and judgment, once entered, should or will be deemed a waiver on appeal of the parties' existing documented arguments in the case.

If no stipulated proposed order and judgment is filed, the parties are ordered to meet and confer and file a joint status report by no later than May 26, 2026, identifying the issues remaining to be determined by the Court and a proposed briefing schedule, if necessary.  In this circumstance, appearance by counsel on May 29, 2026 is required.

IT IS SO ORDERED.

Dated:  May 21, 2026

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge