UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SOGHOMONYAN,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>Respondents. | Case No. 5:26-cv-00503 VBF (ADS)<br><br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On February 4, 2026, Petitioner Robert Soghomonyan, proceeding through counsel, filed a Petition for Writ of Habeas Corpus (28 U.S.C. § 2241), and Declaratory and Injunctive Relief (the "Petition"). (Dkt. No. 1.) On February 25, 2026, Petitioner filed a Motion for Temporary Restraining Order and Request for Immediate Release or Individualized Bond Hearing Pending Adjudication of Petition for Writ of Habeas Corpus. (Dkt. No. 5.) On March 3, 2026, the Court granted a temporary restraining order. (Dkt. No. 10.) On March 11, 2026, the Court granted a preliminary injunction. (Dkt. No. 14.) On May 26, 2026, the parties filed a Joint Proposed Grant of Petition and

Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons and findings set forth in the Court's Orders on preliminary relief without requiring further proceedings.  (Dkt. No. 18.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 18) and for the reasons stated in the Court's Orders granting preliminary relief (Dkt. Nos. 10, 14), the Petition is granted.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.


Dated:  May 29, 2026                    _____
                                        THE HON. VALERIE BAKER FAIRBANK
                                        Senior United States District Judge

Presented by:

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2