JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT SOGHOMONYAN,

              Petitioner,

              v.

FERETI SEMAIA, et al.,

              Respondents.

Case No. 5:26-cv-00503 VBF (ADS)

JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Orders granting preliminary relief (Dkt. Nos. 10, 12).

Dated:  May 29, 2026



_____

The Honorable VALERIE BAKER FAIRBANK
Senior United States District Judge